















BJR    3/4/03    12:48

3:02-CR-01935   USA V. ALVAREZ-DUENAS

*38*

*CRJGMDIS.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED 03 MAR -3 PM 1:09

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>JOSE GUILLERMO ALVAREZ-DUENAS,<br><br>               Defendant. | CASE NO. 02CR1935-W<br><br>BY:               DEPUTY<br><br>JUDGMENT OF DISMISSAL<br>(Rule 32(d), F.R.Crim.P.) |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

_X_ the Court has granted the motion of the Government for dismissal; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) of: 8 USC 1326.

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged pursuant to Rule 32(b), Federal Rules of Criminal Procedure.

DATED: 03/03/03

THOMAS J. WHELAN
UNITED STATES DISTRICT JUDGE

ENTERED ON 3-4-03

38

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | CASE NUMBER 02-1935W |
|---|---|---|
| vs | ) | ABSTRACT OF ORDER |
| JOSE GUILLERMO ALVAREZ-DUENAS | ) | Booking No. 84357-198 |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of **3-3-03** the Court entered the following order:

[X] Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:
_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

[X] Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other._____

Received _____ DUSM

UNITED STATES MAGISTRATE JUDGE
OR
W. SAMUEL HAMRICK, JR. Clerk
by _____ Deputy Clerk

Crim-9 (Rev 6-95)                              ★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY